```
             IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                        JACKSON DIVISION
```

**NOSRATORLLAH GHAEMMAHAMI**                                      **PLAINTIFF**

**VS.**                                     **CIVIL ACTION NO. 3:05-CV-538BS**

**WAL-MART STORES, INC.**                                         **DEFENDANT**

## FINAL JUDGMENT

In accordance with Rule 58 of the Federal Rules of Civil Procedure and the Opinion and Order entered in this case on this day, this action is hereby dismissed, with prejudice.

SO ORDERED this the 28th day of July, 2006.

                                        s/William H. Barbour, Jr.
                                        UNITED STATES DISTRICT JUDGE

blj